THE HALE & NORCROSS G. AND S. M. CO., Appellant, *v.* THE BAJAZETTE AND GOLDEN ERA G. AND S. M. CO., Respondents.

Affidavits which do not show that a fair and impartial trial cannot be had in the county where an action is brought, are not sufficient, under the twenty-first section of the Practice Act, to entitle a party to a change of venue.

APPEAL from the District Court of the First Judicial District of the State of Nevada, Storey County, Hon. R. S. MESICK presiding.

*Hillyer & Whitman* and *Thos. Sunderland*, Attorneys for Respondents.

*Quint & Hardy* and *Harmon*, for Appellant.

Opinion by LEWIS, C. J., full Bench concurring.

A motion for a change of venue having been made in this case by the appellant, and the same having been denied by the Court below, an appeal is taken to this Court.

The affidavits upon which the application for change of venue was made, not showing that an impartial trial cannot be had in Storey County, are not sufficient, under the 21st section of the Practice Act, to entitle appellant to a change of venue, it was therefore properly denied.